People v Winns (2025 NY Slip Op 00278)

People v Winns

2025 NY Slip Op 00278

Decided on January 16, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 16, 2025

Before: Webber, J.P., Gesmer, Shulman, Pitt-Burke, Higgitt, JJ. 

Ind No. 2230/17 Appeal No. 3512 Case No. 2019-3157 

[*1]The People of the State of New York, Respondent,
v
Shukija Winns, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Simon Greenberg of counsel), for appellant.

Judgment, Supreme Court, New York County (Ann E. Scherzer, J.), rendered July 2, 2018, convicting defendant, upon his plea of guilty, of attempted assault in the second degree, and sentencing him to a jail term of 90 days, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fees imposed on defendant at sentencing, and otherwise affirmed.
Based on our own interest of justice powers, we vacate the surcharge and fees imposed on defendant at sentencing (People v Chirinos, 190 AD3d 434 [1st Dept 2021]). We note that the People do not oppose this relief.
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 16, 2025